# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HAROLD HOWARD, | : No. 26 MAP 2015 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 555 MD 2014, |
| | : dated December 15, 2014. |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                                  **DECIDED:   December 21, 2015**

AND NOW, this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED**.